Nos. 4542–4543.—Carreras et al., apldas., *v.* Pérez et al., apltes.—▮▮▮▮▮▮▮ C. D. San Juan. Dic. 3, 1928. No estando convencido el tribunal de la falta de buena fe imputada a los apelantes en la moción para desestimar; no demostrándose que la corte sentenciadora abusara de su discreción en la concesión de prórrogas, y no encontrando una falta de diligencia en la prosecución del recurso que justifique la desestimación, se declara sin lugar la moción para desestimar.

No. 4777.—Peña et al., apldos., *v.* Vergne, aplte.—▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ C. D. San Juan. Dic. 3, 1928.

Por cuanto cuando se pueden fácilmente identificar los abogados que interponen el recurso de apelación no es necesario hacer una especificación exacta;

Por cuanto es prorrogable el período de tiempo fijado por la ley para solicitar de la corte que ordene al taquígrafo que prepare la transcripción de la evidencia;

Por cuanto carecemos de los datos necesarios para poder juzgar si el término para radicar la transcripción de autos ha vencido o no;

Por tanto, se declara sin lugar la moción de desestimación presentada por los demandantes y apelados con fecha 22 de octubre de 1928.